UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-80819-CIV-RYSKAMP/VITUNAC

ROSCOE PUGH, and all similarly
situated individuals,

       Plaintiff,

v.

BELLE GLADE GARDENS, a joint
venture between Castello Brothers, LLC and
Prince David, LLC, JOSE CASTELLO,
individually, GERARDO CASTELLO,
individually, DAVID TEPPER, individually,
MOSES FRIED, individually, CASTELLO
BROTHERS, LLC and PRINCE DAVID, LLC

       Defendants.
_____/

## ORDER GRANTING MOSES FRIED'S MOTION TO SET ASIDE DEFAULT

THIS CAUSE comes before the Court upon Moses Fried's motion to set aside default **[DE 23]** filed on March 11, 2008.  The time for a response is now past due and no response was filed. Pursuant to S.D. Fla. Local Rule 7.1(C), failure to timely respond may be sufficient cause to grant the motion by default.  Moreover, after considering the motion on the merits, this Court concludes that Fried has provided good cause to support his motion.  Fed. R. Civ. Pro. 55(c)  The good cause inquiry is a liberal one.  *Compania Interamericana Export-Import, S.A. v. Compania Dominicna de Aviacion*, 88 F.3d 948, 951 (11th Cir. 1996); *Coon v. Grenier*, 867 F.2d 73, 76 (1st Cir. 1989). Although there is not a specific test to apply, courts do adhere to certain guidelines such as: proof that the default was not willful, that the defaulting party acted promptly to correct the default,

existence of a meritorious defense, whether the opposing party is prejudiced, why the defendant defaulted, the amount in controversy and whether entering default would produce a harsh result. *See Compania* at 951; *Robinson v. U.S.*, 734 F.2d 735, 739 (11th Cir. 1984); *Commercial Bank of Kuwait v. Rafidain Bank*, 15 F.3d 238, 243 (2nd Cir. 1994). Fried's motion contains sufficient evidence to find good cause. Accordingly, it is hereby,

ORDERED AND ADJUDGED that Moses Fried's motion to set aside default **[DE 23]** is GRANTED.

DONE AND ORDERED in Chambers at West Palm Beach, Florida, this 11 day of April, 2008.

      /s/ Kenneth L. Ryskamp  
KENNETH L. RYSKAMP  
UNITED STATES DISTRICT JUDGE

Copies provided:  
All counsel of record.