UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 07-CIV-80819-RYSKAMP/VITUNAC

Roscoe Pugh, Nicole, Curry, Freddie Smith,
and all similarly situated individuals,

       Plaintiffs,

v.

Belle Glade Gardens, a joint venture between
Castello Brothers, LLC and Prince David, LLC,
Jose Castello, individually, Gerardo Castello,
individually, David Tepper, individually,
Moses Fried, individually, Castello
Brothers, LLC and Prince David, LLC

       Defendants.

_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** comes before the Court upon the parties' amended joint stipulation

for dismissal with prejudice and settlement agreement (**D.E. 48**) both filed on September

19, 2008. The Court being fully advised in the premises, it is hereupon,

       **ORDERED AND ADJUDGED** that the above cause is hereby **DISMISSED**

**WITH PREJUDICE**, with the Court retaining jurisdiction to enforce the terms of the

parties' settlement agreement. The Clerk of the Court is ordered to close this case and to

deny any pending motions as moot.

       **DONE AND ORDERED** in Chambers this 24 day of September, 2008.

HONORABLE KENNETH L. RYSKAMP
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record